(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Xavier Perry

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Cpl Spencer
Sgt. Pepper

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Perry, Xavier
Name (Last, First, MI)                                            Aliases

00762770
Prisoner ID #

J.T.V.C.C.
Place of Detention

1181 Paddock Rd.
Institutional Address

Smyrna                          DE                    19977
County, City                    State                 Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: 

Name (Last, First): Spencer, Cpl

Current Job Title: Correctional Officer

Current Work Address: 1181 Paddock Rd

County, City: Smyrna     State: DE     Zip Code: 19977

Defendant 2:

Name (Last, First): Peppers, Sgt

Current Job Title: Correctional Officer

Current Work Address: 1181 Paddock Rd

County, City: Smyrna     State: DE     Zip Code: 19977

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____  _____  _____
County, City                State        Zip Code


Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____  _____  _____
County, City                State        Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: S.C.I. Correctional Center Delaware

Date(s) of occurrence: September 7, 2023

State which of your federal constitutional or federal statutory rights have been violated:

14th Amendment, 8th Amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

On Sept. 7, 2023 I Xavier Perry was out for recreation when Sgt. Pepper and Cpl Spencer came on the tier. (DDA-THA) Hu 4 between 17:30-19:00. At this time I was in the recreation yard doing pushups when CPL Spencer directed me to my cell for a "strip search". I complied walking to my cell, while in my cell I was told to go to the back of the cell. I was slammed and cuffed, while on the ground hands cuffed behind my back I was sprayed and kicked in the face by CPL Spencer which caused my tooth to chip. Sgt Pepper watched this and did nothing to stop it. CPL Spencer used excessive force on me and I was not resisting in any way. Sgt Pepper failed to intervene to protect me from the assault by CPL Spencer.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Who did what?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Was anyone else involved?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
    If no, explain why not:

Is the grievance process completed?   ☑ Yes   ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want All the damages the court Allows especially punitive. I want 3,000,000.00 dollars total and I want CPL Spence fired, and charged for violating the law. There is no reason to kick and punch me if im handcuffed.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☑ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

### IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10/3/23
Dated

Xavier Perry
Plaintiff's Signature

Perry, Xavier
Printed Name (Last, First, MI)

00762 770
Prison Identification #

1181 Paddock Rd        Smyrna        DE    19977
Prison Address         City          State Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**