IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XAVIER PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1100 (MN) |
| | ) |
| CPL. SPENCER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 22nd day of November 2023;

WHEREAS, on October 16, 2023, the Court issued an Order granting Plaintiff's application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915 and ordered Plaintiff to, within thirty (30) days from the date of the Order, submit a certified copy of their trust fund account statement showing all deposits, expenditures and balances for the six-month period immediately preceding the filing of the complaint or the case would be dismissed (D.I. 4); and

WHEREAS, to date, Plaintiff has failed to submit their trust fund account statement.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed without prejudice and the Clerk of Court is directed to close this case.

_____
The Honorable Maryellen Noreika
United States District Judge